IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COMBAT ZONE CORP. | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 4:12-cv-2910 |
| | § | |
| JOHN/JANE DOES 1-11 | § | JURY TRIAL REQUESTED |
| | § | |
| *Defendants.* | § | |

## ORDER GRANTING MOTION TO EXTEND TIME FOR PLAINTIFF TO SERVE DEFENDANTS AND TO RESET SCHEDULING CONFERENCE

Before the Court is Plaintiff's Motion to Extend Time for Plaintiff to Serve Defendants and to Reset Scheduling Conference (the "Motion"). (Doc. #11). Good cause has been shown by Plaintiff for the extension of the deadlines. Therefore, Plaintiff's Motion should be, and is hereby, GRANTED. Accordingly, the deadline for Plaintiff to serve Defendants pursuant to Fed.R.Civ.P. 4(m) is extended to _March 1_, 2013. Further, the Initial Pretrial and Scheduling Conference is RESET for _Friday, April 5_, 2013.

IT IS SO ORDERED this _1st_ day of _Feb._, 2013.

_____
JUDGE PRESIDING