IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COMBAT ZONE CORP. | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 4:12-cv-2910 |
| | § | |
| JOHN/JANE DOES 1-11 | § | JURY TRIAL REQUESTED |
| | § | |
| *Defendants*. | § | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CASE
WITHOUT PREJUDICE**

COMES NOW, Plaintiff, COMBAT ZONE CORP. ("Plaintiff") and files its Notice of Voluntary Dismissal of Case under Federal Rule of Civil Procedure 41(a)(1)(A)(i), and would respectfully show the Court as follows:

1. Plaintiff hereby voluntarily dismisses this case against Defendants *without prejudice* pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i).

2. Defendants have not served an answer or served a motion for summary judgment in this matter. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2. A receiver has not been appointed in this case. This case is also not governed by any federal statute that requires a court order for dismissal of the case.

WHEREFORE, PREMISES CONSIDERED, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff asks this Court to take notice of its dismissal of this case without prejudice, and to enter an Order to such effect if necessary.

Dated:  March 1, 2013	Respectfully submitted,

**CHALKER FLORES, LLP**

By: */s/ Thomas G. Jacks*
    Thomas G. Jacks
    Texas Bar No. 24067681
    14951 N. Dallas Parkway, Suite 400
    Dallas, Texas 75254
    (214) 866-0001
    (214) 866-0010 (Fax)
    tjacks@chalkerflores.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 1st day of March, 2013, a true and correct copy of the foregoing document was served on counsel and/or pro se parties of record in accordance with the Federal Rules of Civil Procedure and this Court's ECF system.

    */s/ Thomas G. Jacks*
    Thomas G. Jacks