UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COMBAT ZONE CORP., | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:12-CV-2910 |
| | § § | |
| JOHN/JANE DOES 1-11, | § § | |
| Defendant. | § | |

### ORDER OF DISMISSAL

In accordance with the Notice of Voluntary Dismissal of Case without prejudice filed on March 1, 2013 **(Docket No. 17),** this action is **DISMISSED** without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

THIS IS A FINAL JUDGMENT.

The Clerk will enter this Order and provide all parties a true copy.

**SIGNED** on this 4th day of March, 2013, at Houston, Texas.

**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**